# United States District Court of Massachusetts
Docket #

## Curtis Howell v. Boston Medical Center Hospital

### Plaintiff

Curtis Howell, 234 Gibson Street Lowell, Ma. 01851

### Defendant

Boston medical Center Hospital,

Boston police department,

Massachusetts attorney general's office,

## Complaint

On 12/11/22-12/13/22, 1/8/23, 1/10/23-1/11/23, 2/14/23-2/15/23, 2/19/23, 2/20/23-2/21/23, the plaintiff Curtis Howell went to the Boston Medical Center hospital while there he was being treated for back and neck injuries. While there he was put to sleep by brain mapping and **microelectrode devices**. After being put to sleep I believe I was touched by **medical personnel**, staff or civilians without my consent in a manner which was not approved. I believe I was searched for my person, my property was searched as well and I was moved inside the emergency room without my acknowledgement.
After a number of hours, I believe I was placed back in the emergency room waiting area and I was leaking semen out of my penis and I had wetness in my rear end which I don't know where it came from by direct or indirect contact. I believe this was done by physical contact of security, staff or civilian parties of the Brigham's and women's hospital or done by governmental personnel and the same persons by physical contact or by the use of brain computer interface, brain mapping and motor-electrode mapping devices. The video surveillance of this was caught on camera. I made reports to the Boston police department, attorney general's office, mayor of Boston and the department of justice. I was denied a duty of care as a disabled person. The medical staff, security and other hospital personnel violated the **state, federal rules, regulations, statues, and constitutions** by allowing this to occur direct or indirect. The hospital did not seek to protect the attacked and injured party **Curtis Howell**.

## Statement of Claims

1. The Boston Medical Center hospital its medical staff, transportation staff, secretarial staff, security staff and technical staff allowed the plaintiff, <u>Curtis Howell</u>, to be <u>assault and battery</u> against his will and without his consent. Such staff committed <u>medical mal-practice</u>, by assault and battery then an illegal sexual manner. The defendants violated these laws. The patient was denied his <u>8th amendment rights</u>.

A. The <u>jurisdiction</u> of this complaint is in connection with <u>42 USC 2000a-6, 29 USC 794, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250.</u>the plaintiff is entitled to relief under this chapter and all <u>federal</u> and <u>state remedies</u> in connection with denial of <u>Public Accommodation</u> and <u>Reasonable Accommodation.</u>

B. The plaintiff seeks compensation of the maximum amount that can be receive with punitive damages because this occurred multiple times of several dates. The party seeks money compensation of <u>$100,000,000 dollars</u>. I seek punitive damages, consequential damages, nominal damages, incidental damages and all other legal remedies.

2. The **Boston Medical Center** hospital its medical staff, transportation staff, secretarial staff, security staff and technical staff allowed the plaintiff, Curtis Howell, to be assaulted <u>relating to incidents thereafter against his will</u>. Such staff committed medical mal-practice by assaulting Curtis Howell or allowing him to be assaulted. Likewise the hospital committed assault and battery by implantation of new **electronic cognitive and motor unit communication systems** [which include brain computer interface, neuro computer interface, **brain machine interface** that is used to brain map also including **EEG, EKG, cochlear hearing aids, micro aerial vehicle / spyware, unmanned aerial vehicles, and cat scan**], from 2023-2023 or did not inform him of cochlear hearing aid device in his ears when they conducted the ear search during the physical examination. These devices were implanted without the person Curtis Howell's consent. The implanted bugs have been implanted in the nose, mouth and body of the plaintiff which has been implanted on the clothing and have bitten the parties' body. The hospital has disseminated my medical record and the behavior being done in the hospital room has contributed to the on-going implantation of my body with a device which causes extreme scarring of my body that I use for employment [connected with exercise and legal entertainment]. The defendants violated these laws

A. The jurisdiction of this complaint is in connection with <u>42 USC 12133, 29 USC 794, 29 USC 623, and VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, and 250.</u> The plaintiff seeks compensation of the maximum amount that can be receive with punitive damages because this occurred multiple times of several dates. The party seeks money compensation of <u>$100,000,000 dollars</u>. I seek punitive damages, consequential damages, nominal damages, incidental damages and all other legal remedies.

3.The Brigham and women's hospital, its medical staff, transportation staff, secretarial staff, security staff and technical staff allowed the plaintiff, Curtis Howell, to be assaulted <u>relating to incidents thereafter against his will</u>. Such staff committed medical mal-practice by assaulting Curtis Howell or allowing him to be assaulted. Likewise the hospital committed assault and battery by implantation of new **electronic cognitive and motor unit communication systems** [which include brain computer interface, neuro computer interface, **brain machine interface** that is used to brain map also including **EEG, EKG, cochlear hearing aids, micro aerial vehicle / spyware, unmanned aerial vehicles, and cat scan**], from 2023-2023 or did not inform him of cochlear hearing aid device in his ears when they conducted the ear search during the physical examination. These devices were implanted without the person Curtis Howell's consent. The implanted bugs have been implanted in the nose, mouth and body of the plaintiff which has been implanted on the clothing and have bitten the parties' body. The hospital has disseminated my medical record and the behavior being done in the hospital room has contributed to the on-going implantation of my body with a device which causes extreme scarring of my body that I use for employment [connected with exercise and legal entertainment]. The defendants violated these laws

A. The jurisdiction of this complaint is in connection with <u>42 USC 2000b-2, 42 USC 12133, 29 USC 794, 29 USC 623, 42 USC 1981, 42 USC 1983, 42 USC 1985, 42 USC 1986, 8th amendment violation of the United States constitution. 29 USC 794, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 250.</u>

B. The plaintiff seeks compensation of the maximum amount that can be receive with punitive damages because this occurred multiple times of several dates. The party seeks money compensation of **$100,000,000 dollars**. I seek punitive damages, consequential damages, nominal damages, incidental damages and all other legal remedies.

4. The Boston Medical Center hospital its medical staff, transportation staff, secretarial staff, security staff and technical staff allowed the plaintiff, Curtis Howell, to be assaulted **relating to incidents thereafter against his will**. Such staff committed medical mal-practice by assaulting Curtis Howell or allowing him to be assaulted. Likewise the hospital committed assault and battery by implantation of new **electronic cognitive and motor unit communication systems [which include brain computer interface, neuro computer interface, brain machine interface** that is used to brain map also including **EEG, EKG, cochlear hearing aids, micro aerial vehicle / spyware, unmanned aerial vehicles, and cat scan]**, from 2023-2023 or did not inform him of cochlear hearing aid device in his ears when they conducted the ear search during the physical examination. These devices were implanted without the person Curtis Howell's consent. The implanted bugs have been implanted in the nose, mouth and body of the plaintiff which has been implanted on the clothing and have bitten the parties' body. The hospital has disseminated my medical record and the behavior being done in the hospital room has contributed to the on-going implantation of my body with a device which causes extreme scarring of my body that I use for employment [connected with exercise and legal entertainment]. The defendants violated these laws

A. The jurisdiction of this complaint is in connection with **42 USC 1985, 42 USC 1986, 29 USC 794, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 250.** The plaintiff seeks compensation of the maximum amount that can be receive with punitive damages because this occurred multiple times of several dates. The party seeks money compensation of **$100,000,000 dollars**. I seek punitive damages, consequential damages, nominal damages, incidental damages and all other legal remedies.

5. The Boston police department, Massachusetts attorney general's office and other government professions failed to act and investigate the incident and denied the plaintiff assistance and deprived him the ability to redress grievances against the specific attackers. The defendants violated these laws. The state and federal government failed to gather video surveillance, IP ADDRESS, Bluetooth information from my phone and others on scene and failed to get video surveillance relating to incidents. The Massachusetts attorney's general's office failed to give the plaintiff victim compensation funds and assist me in security measures to protect my health which would include the department of public health.

B. The jurisdiction of this complaint is in connection with **42 USC 1983, 42 USC 1986, 29 USC 794, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 250. . 42 USC 2000b-2, 42 USC 12133, 29 USC 794, 29 USC 623, 42 USC 1981, 42 USC 1983, 42 USC 1985, 42 USC 1986, 8th amendment violation of the United States constitution... VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 250.**
The plaintiff seeks compensation of the maximum amount that can be receive with punitive damages because this occurred multiple times of several dates. The party seeks money compensation of $100,000,000 dollars, I seek punitive damages, consequential damages, nominal damages, incidental damages and all other legal remedies.

6. The Boston Medical Center hospital, its medical staff, transportation staff, secretarial staff, security staff and technical staff and The Boston police department, Massachusetts attorney general's office and other government professions failed to act and investigate the incident and denied the plaintiff the right to redress grievances by not gathering the evidence immediately and preserving evidence. Also denied the plaintiff the right to exercise his **religious practice** of **abstinence [he is non-sexual and uses no sex as an offering to GOD]** these actions violated his **rights to freedom of worship**.

C.   The jurisdiction of this complaint is in connection with **42 USC 2000bb-1(c), first amendment violation of the United States constitution. 42 USC 2000b-2, 42 USC 12133, 29 USC 794, 29 USC 623, 42 USC 1981, 42 USC 1983, 42 USC 1985, 42 USC 1986, 8th amendment violation of the United States constitution... VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 250.** The plaintiff seeks compensation of the maximum amount that can be receive with punitive damages because this occurred multiple times of several dates. The party seeks money compensation of **$100,000,000 dollars**, I seek punitive damages, consequential damages, nominal damages, incidental damages and all other legal remedies.

7.   The **Boston Medical Center** hospital its medical staff, transportation staff, secretarial staff, security staff and technical staff and The **Boston police department, Massachusetts attorney general's office** and other government is **retaliating and intimidating a witness** by **impeding and influencing the investigation** of my reports related to these incidents and violating my rights to work product by **illegally searching** and **seizing** my documents and my electronic devices also my email accounts.

C.   The jurisdiction of this complaint is in connection with **42 USC 2000bb-1(c), first amendment violation of the United States constitution. 29 USC 794, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 250. 42 USC 2000bb-1(c), first amendment violation of the United States constitution. 42 USC 2000b-2, 42 USC 12133, 29 USC 794, 29 USC 623, 42 USC 1981, 42 USC 1983, 42 USC 1985, 42 USC 1986, 8th amendment violation of the United States constitution... VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 250.** The plaintiff seeks compensation of the maximum amount that can be receive with punitive damages because this occurred multiple times of several dates. The party seeks money compensation of **$100,000,000 dollars**, I seek punitive damages, consequential damages, nominal damages, incidental damages and all other legal remedies.

I ask the court to allow me **Reasonable Accommodation** pursuant to the **Americans with Disability Act.** To allow **public accommodation** of the **United States District Court** website in connection with the "**Represent yourself section**". I ask the court to construe the complaint liberally and protect the substantial rights of the plaintiff which is his right to sue, right for fair interpretation of law before a fair and impartial tribunal. I request to proceed without prepayment as an indigent under **28 USC 1914** and not as a prisoner under **28 USC 1915 and 28 USC 1915A** [plaint moves pursuant to mass general laws 261 section 27b not mass general laws 261 section 29]. ALSO **42 USC 1997** RELATES TO a CIVIL ACTION RELATING TO PRISONERS AND THOSE IN INSTITUTIONS WHO PRFOCEED CONSTITENT TO **28 USC 1915** AND **28 USC 1915A**. Plaintiffs request blank summonses from the issuance date and to be provided notice of the docket after filing and ruling. I ask to be given **just, speedy inexpensive determination in every proceeding subject to the rules, statues, and constitution of the United States**. If any of the violations occur I will object in the proper manner, with, IN THESE PROCEEDINGS after any error in ruling or denial of access to courts I will always file an **Objection**. During a period, it calls for appeal I will file notice of appeal within **30 days** and seek an appeal. Which I will request the record and docket sheet and will ask for notice in every filing and I will file a certificate of service and affidavit with the filing. Which I request that the record be transmitted to the appeals court within **40 days** and the plaintiff be provided the **certified docket and the business docket of the complaint** expeditiously so that he may have the **right to be heard** and have the right to a proper **Appellate Process**. Please docket all the filing's for the public's viewing, I request a **Jury demand** and the complaint be opened to the public. I am asserting speedy trial rights from the issuance date pursuant to **28 USC 471, 1657, 2072, 1st, 5th, and 14th amendment of the United States constitution**.

Respectfully,   *Curtis Howell 12/12/23*

**Curtis Howell [10/18/23]**  signed under the pains and **penalties of perjury** declared under **28 USC 1746**