# United States District Court

**Docket #** 1 23-CV-13138

**Curtis Howell vs.** Boston medical center et al.

**Plaintiff**
Curtis Howell, 234 Gibson Street Lowell, Mass. 01852

**Defendant** Boston medical center et al.

## Objection, request correction of the docket sheet

The plaintiff moves this honorable court pursuant to **federal rules of civil procedure rule 46** requesting that he be allowed to object to written data on the record that is inaccurate. The plaintiff is requesting to proceed "**without prepayment**" pursuant to **28 USC 1914** due to indigence. The clerk has read the **affidavit of indigence**, **read the complaint** and assigned the complaint a docket number. The plaintiff is not a **prisoner** and thus does not proceed under **28 USC 1915** nor **28 USC 1915A**. Prisoners proceed under the **28 USC 1915** and **28 USC 1915A** are subject to further review by the court due to the **Prisoner litigation reform act**, **non-prisoners** are not.

The clerk reviewed the complaints filed on **12/19/23** on the date of docketing, the docket should reflect that I would like a **jury demand**, pursuant to **Federal rules of civil procedure, rule 38** and **39**, **28 USC 1861**.  would like the docket to reflect the correct manner pertaining to my meaningful right to access courts pursuant to **28 USC 452** my right be heard pursuant to **28 USC 1654** (by myself or and attorney), and the right to speedy trial pursuant **28 USC 1657**. Likewise the **United States Constitution's 1st, 5th, 6th,** and the **14th amendments** protect my procedural and substantial rights to a jury demand which I would like the court to acknowledge my protections and correct the docket sheet before moving further so that the docket will reflect to the public and the judge the accurate procedural history. Affidavit will accompanied this docket and certificate of service

Respectfully,
Curtis Howell 12/29/23

Curtis Howell (12/29/23). **Signed under the penalties of perjury, served on courts, def.**