# United States Court of Appeals
## For the First Circuit

No. 24-1142

CURTIS L. HOWELL,

Plaintiff - Appellant,

v.

BOSTON MEDICAL CENTER HOSPITAL; BOSTON POLICE DEPARTMENT; MASSACHUSETTS ATTORNEY GENERAL,

Defendants - Appellees.

**MANDATE**

Entered: August 1, 2024

In accordance with the judgment of July 10, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Andrea J. Campbell
Curtis L. Howell